UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:
CLAUDETTE CHAVEZ,
    Debtor.                                          No. 03-18972-s7

**REPORT TO THE COURT ON UNCLAIMED FUNDS
DEPOSITED INTO THE COURT REGISTRY**

       COMES NOW, the Trustee in Bankruptcy Claudette Chavez, No. 03-18972-s7, and hereby reports to the Court that pursuant to 11 U.S.C. Section 347(a) and Bankruptcy Rule 3011, as referred to in the Order filed herein on January 11, 2010 the Trustee will forward a check in the amount of nine hundred twenty-three dollars and twenty cents ($923.20) to the Clerk of the Court for transmission to the United States Treasury, which represents unclaimed funds in the Trustee's possession, on behalf of the following creditors, for the following reasons, and in the following amount:

                      Claudette Chavez                $923.20
                      c/o Atty David Thuma
                      500 Marquette, NW, Suite 650
                      Albuquerque, NM 87102
                      (Non-negotiated check, Mr. Thuma has informed Mr. Caplan
                      that he is unable to locate the Debtor)

                                                            Respectfully Submitted,

                                                            *Submitted Electronically*
                                                            MICHAEL J. CAPLAN, Trustee
                                                            827 E. Santa Fe Ave.
                                                            Grants, NM  87020
                                                           (505) 287-8891

       I certify that I mailed a copy of this notice, via first class mail, as noted, to the parties listed below and pursuant to NMLR 9036-1(b) and Fed. R. Civ. P. 5(b)(2)(D) by service on all counsel of record by use of the notice transmission facilities of the case management and electronic filing system on this 21st day of June, 2010.

*Submitted Electronically*
MICHAEL J. CAPLAN